UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CHARLES FRANKLIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 2:12-cv-240-JMS-WGH |
| | ) | |
| CHARLES LOCKETT (Warden), | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Directing Further Proceedings**

**I.**

The petitioner shall have **through September 12, 2012**, in which to show cause why his petition for a writ of habeas corpus should not be summarily denied in light of the habeas claim presented in *Franklin v. Warden*, No. 2:08-cv-435-RLY-WGH (S.D.Ind. Feb. 16, 2012).

The petitioner shall have **through September 12, 2012**, in which to show cause why his petition for writ of habeas corpus should not be summarily denied because 28 U.S.C. ' 2241 to challenge his sentence in the district of his confinement. *Unthank v. Jett,* 549 F.3d 534, 536 (7th Cir. 2008).

A writ of habeas corpus via § 2241 may be utilized by a federal prisoner to challenge the legality of his or her conviction or sentence in those cases where § 2255 is "inadequate or ineffective to test the legality of [the] detention." 28 U.S.C. § 2255(e). The petitioner shall have **through September 12, 2012,** in which to show cause why this action can proceed under 28 U.S.C. § 2241(c)(3).

**II.**

The clerk shall note No. 2:08-cv-435-RLY-WGH to be a related case.

**IT IS SO ORDERED.**

Date:   08/24/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Charles Franklin**
**24499-044**
**Terre Haute - FCI**
**P.O. Box 33**
**Terre Haute, IN 47808**

**gerald.coraz@usdoj.gov**